IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SALIM HAJIANI,

    Plaintiff,

    v.

BRANDSMART USA INC., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:17-CV-449-TWT

**ORDER**

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 6] of the Magistrate Judge recommending dismissing the action for failure to state a claim. Although the Plaintiff claims to have filed an amended complaint, there is not one filed on the docket. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 12 day of April, 2017.

                             /s/Thomas W. Thrash
                             THOMAS W. THRASH, JR.
                             United States District Judge